### E. L. BROOKS v. GILMERS, INC.

#### (Filed 28 March, 1928.)

APPEAL by defendant from *Townsend, Special Judge,* at October Special Term, 1927, of WAKE.

Civil action to recover damages for an alleged negligent injury, in that plaintiff, while working for the defendant at its store or place of business in Raleigh, fell through an elevator shaft and seriously and permanently injured himself, the elevator having been moved without closing the entrance door.

The usual issues of negligence, contributory negligence and damages were submitted to the jury and answered in favor of the plaintiff. From the judgment rendered thereon the defendant appeals, assigning errors.

*Douglass & Douglass and F. T. Bennett for plaintiff.*
*Thos. W. Ruffin and Tillett, Tillett & Kennedy for defendant.*

PER CURIAM. Without stating the facts, some of which are in dispute, we are convinced, from a careful perusal of the record, viewing the evidence in its most favorable light for the plaintiff, the accepted position on a motion to nonsuit, that the case was properly submitted to the

jury. No benefit would be derived from detailing the evidence, as the only question before us is whether it is sufficient to carry the case to the jury, and we think it is.

No error having been made to appear, the verdict and judgment will be upheld.

No error.